# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Stephanie L. Groen,

Plaintiff,

v.

Martin O'Malley,
Acting Commissioner of Social Security,

Defendant.

Case No. 1:23-cv-03161
Judge Heather K. McShain

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of plaintiff, Stephanie L. Groen, and against defendant. The Court remands the case for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Heather K. McShain on an agreed motion for reversal with remand for further administrative proceedings.

Date: 02/27/2024                    Thomas G. Bruton, Clerk of Court

                                    P. Klutcharch, Deputy Clerk